NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAMARA GOWAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL AIRLINES, INC.,<br>DARRYL ALVARADO, and JOHN DOES 1-10 (said names being fictitious),<br><br>　　　　　　　Defendants. | Civil Action No.: 10-1858 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of Plaintiff Tamara Gowan ("Plaintiff")'s Motion for Default Judgment as to Defendant Darryl Alvarado ("Defendant Alvarado"). [Docket Entry No. 28]. Plaintiff's Motion is unopposed. The Court having fully considered Plaintiff's moving; and for the reasons stated in this Court's accompanying Opinion;

　　**IT IS** on this **9th day** of **July, 2012**,

　　**ORDERED** Plaintiff's Motion of Default Judgment as to Defendant Alvarado is **GRANTED**; and it is further

　　**ORDERED** that the Clerk of the Court enter Judgment against Defendant Darryl Alvarado; and it is further

　　**ORDERED** that a hearing to determine damages will be scheduled at the conclusion of the case as to the other Defendants.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ Jose L. Linares　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　United States District Judge